HARRY J. MCARDLE et al., Copartners Doing Business as ABCAR FORWARDING Co., Respondents, v. F. W. WOOLWORTH Co., Appellant.— Order unanimously modified by granting the motion to preclude plaintiff from giving evidence on the trial in support of the allegations of the complaint concerning all the items in defendant's demand for bill of particulars, unless a bill of particulars in compliance therewith shall be furnished by plaintiff within thirty days from service of a copy of the order to be entered herein, with notice of entry thereof and, as so modified, affirmed, with costs to the appellants. The items demanded are appropriate. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

## (April 30, 1953.)

GUSTA M. BARASH, Respondent, v. PINCUS J. BARASH, Appellant.— Order unanimously modified to the extent of directing that the adjudication that defendant be punished for contempt be held in abeyance pending a reference to the same Official Referee to whom has been referred the application by defendant for reduction of the amount of alimony, and pending the report of the Official Referee, on condition that in the meantime defendant pay $125 per week as current alimony, without prejudice to such amount as may be determined on the coming in of the Official Referee's report, and with the further direction that both references be completed expeditiously. As so modified the order is affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ.

## SECOND DEPARTMENT, APRIL, 1953.

## (April 2, 1953.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED CARCHIETTA et al., Relators, against WARDEN OF THE RAYMOND STREET JAIL, BOROUGH OF BROOKLYN, et al., Respondents.— Writ dismissed and relators remanded to the custody of the Warden of the Raymond Street Jail, Brooklyn, New York. Present — Carswell, Acting, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

## (April 7, 1953.)

MURRAY LANDY, Appellant, v. ISABELLE J. LANDY, Respondent.— Motion to stay appellant from moving for leave to appeal to the Court of Appeals denied, without costs. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ. [See ante, p. 687.]